UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN RE: ) | |
| TONYA GAIL MCCRAE ) | CASE NO. 13-80568 |
| DEBTOR ) | CHAPTER 13 |
| ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Matthew L. Underwood
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Blvd., Suite 300
Charlotte, NC 28217
Bankruptcy@brockandscott.com

as counsel for Bank of America, N.A., a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*/s/ Matthew L. Underwood*
Matthew L. Underwood
State Bar Number 37106

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

**Richard M. Hutson, II**
Durham Chapter 13 Office
302 East Pettigrew St., Suite B-140
P. O. Box 3613
Durham, NC 27702

This 16th day of May, 2013

*/s/ Matthew L. Underwood*
Matthew L. Underwood
State Bar Number 37106