(8/2017)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | |
|---|---|
| In re:<br><br>    TONYA GAIL MCCRAE<br><br>    Debtor(s)<br>SSN(1) XXX-XX-2577 | Case No. 13-80568-<br>Judge Benjamin A. Kahn |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Richard M. Hutson, II, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2013.

2) The plan was confirmed on 07/24/2013.

3) The case was completed on 09/28/2018.

4) Number of months from filing to last payment: 65.

5) Number of months case was pending: 70.

6) All checks distributed by the trustee relating to this case have cleared the bank.

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $166,616.01 |
| Less amount refunded to debtor | $1,336.88 |

**NET RECEIPTS:** **$165,279.13**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11,404.25 |
| Other | $88.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$11,742.25**

Attorney fees paid and disclosed by debtor:     $3,500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST NATIONAL CREDIT CARD | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| CORTRUSTCC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT FINANCIAL SERVICES | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK, N.A.** | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CSDDUR | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| DURHAM CITY/CO TAX OFFICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| DURHAM CITY/CO TAX OFFICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| DURHAM CITY/CO TAX OFFICE | Secured | NA | NA | NA | 0.00 | 0.00 |
| DURHAM EMERGENCY PHYSICIANS | Unsecured | 279.40 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,854.94 | 889.29 | 889.29 | 889.29 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,518.40 | 1,518.40 | 1,518.40 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 3,007.70 | NA | NA | 0.00 | 0.00 |
| NC DEPARTMENT OF REVENUE | Priority | 3,284.45 | 5,148.27 | 5,148.27 | 5,148.27 | 0.00 |
| NC DEPARTMENT OF REVENUE | Unsecured | NA | 1,370.93 | 1,370.93 | 1,370.93 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 416.66 | 416.66 | 416.66 | 0.00 |
| PRIVATE DIAGNOSTIC CLINIC PLLC | Unsecured | 101.01 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGENT FOR | Unsecured | NA | 969.05 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGENT FOR | Unsecured | NA | 44.50 | 44.50 | 44.50 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | 2,246.54 | 2,246.54 | 2,246.54 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 12,481.00 | 0.01 | 0.00 | 0.00 | 0.00 |
| REVENUE CYCLE SOLUTIONS | Unsecured | 1,575.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 37,652.76 | 37,652.76 | 37,652.76 | 0.00 |
| WELLS FARGO BANK NA | Secured | 201,000.00 | 230,057.85 | 0.00 | 104,249.53 | 0.00 |
| WFNNB/LNBR | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $104,249.53 | $0.00 |
|     Mortgage Arrearage | $37,652.76 | $37,652.76 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$37,652.76** | **$141,902.29** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $6,037.56 | $6,037.56 | $0.00 |
| **TOTAL PRIORITY:** | **$6,037.56** | **$6,037.56** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,597.03** | **$5,597.03** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $11,742.25 |
| Disbursements to Creditors | $153,536.88 |
| **TOTAL DISBURSEMENTS :** | **$165,279.13** |

7)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/12/2019                                By: /s/ Richard M. Hutson, II
                                                                                Trustee

xc  TONYA GAIL MCCRAE
    U.S. BANKRUPTCY ADMIN
    JOHN T ORCUTT
    6616-203 SIX FORKS ROAD
    RALEIGH,  NC  27615

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.